# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAHIN SAEID, | |
| Plaintiff, | Case No. 2:12-cv-01826-MMD-PAL |
| vs. | **AMENDED ORDER** |
| DESERT PALACE, INC., | |
| Defendant. | |

Before the court is the parties' Stipulation to Continue the Scheduling Conference (Dkt. #38). The court has reviewed the stipulation and finds that it should be grated. As such,

**IT IS ORDERED** that the parties' Stipulation to Continue the Scheduling Conference (Dkt. #38) is **GRANTED**. The scheduling conference currently scheduled for March 19, 2013, at 2:30 p.m., is **VACATED** and **CONTINUED** to **April 2, 2013, at 10:00 a.m.** Counsel wishing to appear telephonically is instructed to call Jeff Miller, Courtroom Deputy, at (702) 464-5420 **before 4:00 p.m., March 29, 2013,** to indicate the name of the party participating and a telephone number where that party may be reached. The courtroom deputy will initiate the call for the hearing.

Dated this 15th day of March, 2013.

_____
Peggy A. Leen
United States Magistrate Judge