# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MAHIN SAEID,

        Plaintiff,

vs.

DESERT PALACE, INC.,

        Defendant.

Case No. 2:12-cv-01826-MMD-PAL

**AMENDED ORDER**

    Before the court is the parties' Stipulation to Continue the Scheduling Conference (Dkt. #38). The court has reviewed the stipulation and finds that it should be grated. As such,

    **IT IS ORDERED** that the parties' Stipulation to Continue the Scheduling Conference (Dkt. #38) is **GRANTED**. The scheduling conference currently scheduled for March 19, 2013, at 2:30 p.m., is **VACATED** and **CONTINUED** to **April 2, 2013, at 10:00 a.m.** Counsel wishing to appear telephonically is instructed to call Jeff Miller, Courtroom Deputy, at (702) 464-5420 **before 4:00 p.m., March 29, 2013,** to indicate the name of the party participating and a telephone number where that party may be reached. The courtroom deputy will initiate the call for the hearing.

    Dated this 15th day of March, 2013.

                                                           Peggy A. Leen
                                                          United States Magistrate Judge